AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Leonard E | Eastern District of Texas | 04/18/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 211 West Ferguson Street<br>Tyler, TX 75702 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Heart of Tyler |
| 2. Board of Directors | East Texas Fair |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 APR 24 A 9: 28
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

| X | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

| | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | State of Texas - Twelfth Court of Appeals - Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

| | NONE *(No reportable reimbursements.)* |

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | Travel, Hotel and Meals as Speaker at State Bar Intellectual Property Law Section Seminar; June 15-17, Austin, Texas |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Lindale State Bank | Land Purchase Note | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. Lindale State Bank | A | Interest | J | T | | | | | |
| 3. Farm - Smith County Texas | | None | | W | Cattle Sales | 08-04 | K | C | Williams Cattle Company |
| 4. ████Tract of Farm, L - 3 | | None | | | Sold | 03-30 | L | F | Carl Garrett Part VIII #5 |
| 5. House ████ | | None | | | Purchased | 4-28 | N | | Kenneth Medlin Part III #1 |
| 6. House ████ | | None | M | R | Sold | 6-28 | M | A | Stace Hutson Part VIII #1 |
| 7. ████ Smith County | | None | M | R | Merge #3 | 6-28 | M | A | See Part VIII, #1 |
| 8. Mineral Rights, Vermillion Lands Trust, Canada | | None | J | W | | | | | |
| 9. Royalty, Lynx Energy, Smith County, Texas | A | Royalty | J | W | | | | | |
| 10. Royalty, JW Operating, Smith County, Texas | A | Royalty | J | W | | | | | See Part VIII, #2. |
| 11. Royalty, BP Amoco Production Co.; LeFlore County, OK | D | Royalty | L | W | | | | | |
| 12. Working Interest, Jandar Exploration, Inc., Texas | B | Distribution | J | W | | | | | |
| 13. Working Interest, Hopewell Operating, Texas | A | Distribution | J | W | | | | | |
| 14. Working Interest, Chevron, Texas See Part VIII - # 3 | A | Distribution | J | W | | | | | See Part VIII #3 |
| 15. Working Interest, Winchester Production See Part VIII #4 | A | Distribution | J | W | | | | | See Part VIII #4 |
| 16. Vanguard 500 Index Fund | A | Dividend | L | T | Buy | 04-06 | K | | Vanguard |
| 17. Vanguard Total Bond Fund | C | Dividend | L | T | Buy | 04-06 | K | | Vanguard |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Federal Money Mkt Fund | A | Dividend | J | T | | | | | |
| 19. ▆▆▆▆RETIREMENT ACCOUNTS - | | | | | | | | | |
| 20. State Retirement Defined Benefit Plan | | None | K | T | | | | | |
| 21. State 401(k) Plan - Aggregate Amounts for L-22-26 | A | Dividend | K | T | | | | | |
| 22. Vanguard Wellington - See L-14 | | | | | | | | | |
| 23. Davis NY Venture Fund - See L-14 | | | | | | | | | |
| 24. Vanguard Growth Index Fund - L-14 | | | | | | | | | |
| 25. First Eagle fund of America - L-14 | | | | | | | | | |
| 26. Fidelity Diversified Intl Fund L-14 | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. In 2006 I purchased the house ███████████████████ Kenneth Medlin. I sold the house and ████ to Stace Hutson, and incorporated the remaining ████████████████ In future years it will be included in Item #3 ████ Farm and only income will be cattle sales included in #3. Part VI Item #1 Liability is the remaining loan balance for the ████████

2. JW Operating Royalty appears for first time this year because of well drilled on previously non-productive land in which I had a small royalty interest from a legal fee from 20 years ago. Royalty was $105 for 2006.

3. Chevron Midcontinent, L.P. acquired Pure Oil Company effective August 10, 2005.

4. Winchester Production Appears for the first time this year because it is a very small working interest in a well I had forgotten about and I got a check for the first time in 2006 for $12. ████████████

5. In 2006 I sold ████████████ to Carl Garrett.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 04/18/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat_____                                                  Date  4-18-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544